

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-22-00059-CR

IN RE GABRIEL ALEJANDRO RAMIREZ, RELATOR

ORIGINAL PROCEEDING

March 9, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Relator Gabriel Alejandro Ramirez, proceeding pro se, filed a petition for writ of mandamus with this Court seeking to compel the Honorable Brooks H. Hagler, judge of the 259th District Court of Jones County, Texas, to consider and rule on a post-conviction motion. We dismiss the original proceeding for want of jurisdiction.

Each court of appeals may issue writs of mandamus against a judge of a district or county court in its geographic district and may issue writs necessary to enforce its jurisdiction. TEX. GOV'T CODE ANN. 22.221(a), (b). Ramirez directs his mandamus petition against the judge of the 259th District Court, a court not located within the geographic district for the Seventh Court of Appeals, but instead located within the Eleventh Court of

Appeals District. *See* TEX. GOV'T CODE ANN. § 22.201(h), (l). Ramirez's petition does not show how the requested mandamus relief is necessary to enforce our appellate jurisdiction. *See In re Jackson*, No. 08-20-00026-CV, 2020 Tex. App. LEXIS 1003, at *2-3 (Tex. App.—El Paso, Feb. 5, 2020, orig. proceeding) (mem. op.).

As there is no authority allowing this Court to exercise mandamus jurisdiction over respondent, we dismiss Ramirez's petition for writ of mandamus for want of jurisdiction.

Per Curiam

Do not publish.